IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01707-LTB

JOHN BOYD BOWRING,

    Plaintiff,

v.

BOBBY BONNER, Warden KCCC/CCA,

    Defendant.

ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE NOTICE OF APPEAL

    Plaintiff, John Boyd Bowring, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado.  Mr. Bowring, acting *pro se*, filed a Prisoner Complaint (ECF No. 13) pursuant to 42 U.S.C. § 1983, the Fair Labor Standards Act (FLSA), and various other statutes.  At issue is the motion for extension of time to file a notice of appeal titled "Motion to Proceed on Appeal Out-of-Time" (ECF No. 29) that Mr. Bowring filed *pro se* on November 6, 2013.

    Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, a notice of appeal in a civil case must be filed with the clerk of the district court within thirty days after the judgment or order appealed from is entered.  Pursuant to Fed. R. App. P. 4(a)(5)(A)(i), the district court may extend the time to file a notice of appeal if the party moves for an extension of time within thirty days after the time provided in Fed. R. App. P. 4(a).  Pursuant to Fed. R. App. P. 4(a)(5)(A)(ii), the district court may extend the time

to file a notice of appeal regardless of whether the motion is filed before or during the thirty days after the time provided in Fed. R. App. P. 4(a) expires if the moving party shows excusable neglect or good cause.

The Court dismissed the instant action on September 18, 2013.  *See* ECF No. 23.  Judgment (ECF No. 24) was entered on the same day.  On November 6, Mr. Bowring filed the motion for extension of time to file a notice of appeal seeking additional time in which to appeal from the dismissal and judgment.

Plaintiff's motion was filed within the time required.  The Court also finds just cause for the extension as required under Fed. R. App. P. 4(a)(5)(A)(ii).  Plaintiff will be allowed thirty days after the prescribed time, i.e., November 18, 2013, in which to file an appeal.  *See* Fed. R. App. P. 4(a)(5)(C).

Accordingly, it is

ORDERED that the motion for an extension of time to file a notice of appeal (ECF No. 29) that Plaintiff, John Boyd Bowring, filed *pro se* on November 6, 2013, is GRANTED.  It is

FURTHER ORDERED that Plaintiff will be allowed until December 18, 2013, in which to file a notice of appeal.  It is

FURTHER ORDERED that the motion for leave to proceed *in forma pauperis* on appeal (ECF No. 25) is denied with leave to refile in the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).  Mr. Bowring previously was denied leave to proceed *in forma pauperis* on appeal in the dismissal order (ECF No. 23 at 7) entered on September 18, 2013.  It is

FURTHER ORDERED that the motion for appointment of counsel on appeal (ECF No. 26) is denied with leave to refile in the Tenth Circuit.

DATED at Denver, Colorado, this  13th  day of  November , 2013.

BY THE COURT:

 s/Lewis T. Babcock 
LEWIS T. BABCOCK, Senior Judge
United States District Court