**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01707-LTB

JOHN BOYD BOWRING,

    Plaintiff,

v.

BOBBY BONNER, Warden KCCC/CCA,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On June 30, 2014, Plaintiff filed a document titled "Petition to Pay Debts, Etc." (ECF No. 51).  This case was dismissed on September 18, 2013 (ECF No. 23), and judgment (ECF No. 24) was entered on the same day.  On May 28, 2014, the United States Court of Appeals for the Tenth Circuit affirmed.  *See* ECF No. 49.  The mandate (ECF No. 50) was entered on June 19, 2014.  This case is closed.  Filings will not be addressed after the dismissal of a case.  Therefore, the document titled "Petition to Pay Debts, Etc." (ECF No. 51) is DENIED as moot.

Dated:  July 1, 2014